UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Lee Duncan, SS#:\*\*\*-\*\*-0584

Debtor

Case No: 10-17127-WCH
Chapter 13

## NOTICE OF AMENDED SCHEDULES I AND J

Please be advised that Lee Duncan, the above captioned debtor, hereby gives notice of the amendment of his Schedule I to reflect the decrease in his income since the filing of his petition on June 30, 2010 and his Schedule J to reflect the amount of his recently approved trial period plan under the Home Affordable Modification Program for his mortgage payments as reflected in the Amended Schedules I and J filed concurrently with this notice.

Date: November 5, 2010

Respectfully submitted,
Hsindy Chen
Attorney for the Debtor

/s/ Hsindy Chen
Hsindy Chen, BBO# 674094
Volunteer Lawyers Project
99 Chauncy Street, Suite 400
Boston, MA 02111
(617) 671-8282
Hchen@vlpnet.org

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br>**Lee Duncan, SS#:\*\*\*-\*\*-0584**<br><br>**Debtor** | Case No: 10-17127-WCH<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

  I, Hsindy Chen, certify that this day I electronically filed the enclosed **Notice of Amended Schedule I and J** and **Amended Schedule I and J** via the CM/ECF System of the US Bankruptcy Court for the District of Massachusetts and thereby served same upon the following CM/ECF participants:

John Fitzgerald, US Trustee
Carolyn Bankowski, Ch. 13 Trustee

  I further certify that I have this date served a copy of the same by email on the following non-CM/ECF participants:

Lee Duncan, leemyersd@aol.com

Dated: November 5, 2010   /s/ Hsindy Chen
                      Hsindy Chen, BBO# 674094
                      Volunteer Lawyers Project
                      99 Chauncy Street, Suite 400
                      Boston, MA 02111
                      (617) 671-8282
                      Hchen@vlpnet.org

B6I (Official Form 6I) (12/07)

| In re | **Lee Duncan** | Case No. | **10-17127** |
|---|---|---|---|
| | Debtor(s) | | |

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Broker Price Opinions** | |
| Name of Employer | **McCaffrey Properties Inc.** | |
| How long employed | **Since 2007** | |
| Address of Employer | **609 Main Street** **Central Square, NY 13036** | |
| *See Attachment for Additional Employment Information | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1,608.44 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 1,608.44 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,608.44 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): **Food Stamps** | $ 200.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 200.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,808.44 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,808.44 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **On or around October 7, 2010, Wells Fargo Bank, N.A. approved Debtor's trial period plan under the Home Affordable Modification Program for his mortgage loan. The trial period payments are in the amount of $319.91 per month.**

B6I (Official Form 6I) (12/07)

In re **Lee Duncan**            Case No. **10-17127**

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Community Member** |
| Name of Employer | **Boston VA Research Institute, Inc.** |
| How long employed | **Since 2007** |
| Address of Employer | **150 South Huntington Avenue, Room 11-B-60 Jamaica Plain, MA 02130** |

| Debtor | |
|---|---|
| Occupation | **Broker Price Opinions** |
| Name of Employer | **McCaffrey Properties, Inc.** |
| How long employed | **Since 2007** |
| Address of Employer | **5575 Meltzer Court, Suite 7 Cicero, NY 13039** |

| Debtor | |
|---|---|
| Occupation | **Freelance Photographer** |
| Name of Employer | **Geobeats** |
| How long employed | **Since 11/2009** |
| Address of Employer | **11304 Potomac Oak Drive Rockview, MD 20850** |

B6J (Official Form 6J) (12/07)

In re   **Lee Duncan** _____   Case No.   **10-17127** _____
                            Debtor(s)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 319.91 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 50.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 28.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 200.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 25.00 |
| 7. Medical and dental expenses | | $ 8.00 |
| 8. Transportation (not including car payments) | | $ 176.52 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 70.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **estimated tax payments** | | $ 400.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Condominium Fees** | | $ 306.00 |
| Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1683.43 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                $ 1808.44
b. Average monthly expenses from Line 18 above                       $ 1683.42
c. Monthly net income (a. minus b.)                                                $ 125.00