# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Lee Duncan, SS#:***-**-0584

Debtor

Case No:  10-17127-WCH
Chapter 13

### NOTICE OF THIRD AMENDED SCHEDULE I

Please be advised that Lee Duncan, the above captioned debtor, hereby gives notice of the third amendment of his Schedule I by attaching Debtor's Profit and Loss Statements from December 2009 to October 2010 (minus July 2010) to reflect the decrease in his income since the filing of his petition on June 30, 2010.

Date: November 10, 2010

Respectfully submitted,
Hsindy Chen
Attorney for the Debtor

/s/ Hsindy Chen
Hsindy Chen, BBO# 674094
Volunteer Lawyers Project
99 Chauncy Street, Suite 400
Boston, MA 02111
(617) 671-8282
Hchen@vlpnet.org



11/10/2010 Granted.

## PROFIT AND LOSS STATEMENT

Lee  Duncan Self Employed Contrator (Photographerl) PH: 617-602-0787
For Month  Beginning  October 1st , 2010 and Ending October 31st, 2010

| | |
|---|---|
| **Gross sales** | $320.00 |
| **Gross Margin** | |
| **Operating Expenses** | 0 |
| **Total Expenses** | 0 |
| **Taxes (20%)** | $64.00 |
| **Net Profit (Loss)** | $256.00 |

I hereby certify that the above information is true and accurate to the best of my knowledge

Signature                    11/9/2010

## PROFIT AND LOSS STATEMENT

Lee  Duncan Community Represenative VA Hospital PH: 617-602-0787
For Month  Beginning  October 1st , 2010 and Ending October 31st, 2010

**Gross sales**                                                    $100.00


**Gross Margin**

**Operating Expenses**                                                    0










**Total Expenses**                                                    0


**Taxes (20%)**                                                    $20.00

**Net Profit (Loss)**                                    ════════    $80.00



I hereby certify that the above information is true and accurate to the best of my knowledge


Signature

11/9/2010

**PROFIT AND LOSS STATEMENT**
Lee Duncan: Self Employed Photographer (Contractor) Phone (617) 602-0787
For Month  Beginning September 1st and Ending September 30th

Gross sales                                                          $1,400


Gross Margin

Operating Expenses                                                    0




Total Expenses                                                        0


Taxes (20%)                                                    $280.00

Net Profit (Loss)                          _____          $1,120


I hereby certify that the above information is true and accurate to the best of my knowledge

11/9/2016

Signature

## PROFIT AND LOSS STATEMENT

Lee Duncan: Community Represenative VA Hospital Phone (617) 602-0787
For Month  Beginning September 1st and Ending September 30th

**Gross sales**                                                          $300

**Gross Margin**

**Operating Expenses**                                                     0

**Total Expenses**                                                         0

**Taxes (20%)**                                                       $60.00

**Net Profit (Loss)**                              ━━━━                $240

I hereby certify that the above information is true and accurate to the best of my knowledge

Signature                                                    11/9/2010

## PROFIT AND LOSS STATEMENT

Lee  Duncan Self Employed Contrator (Photographerl) PH: 617-602-0787
For Month  Beginning Augustr 1st , 2010 and Ending August 31st, 2010

**Gross sales**                                                    $520.00


**Gross Margin**

**Operating Expenses**                                               0


**Total Expenses**                                                   0


**Taxes (20%)**                                                  $104.00

**Net Profit (Loss)**                          ══════          $416.00


I hereby certify that the above information is true and accurate to the best of my knowledge

Signature                                              11/9/2016

## PROFIT AND LOSS STATEMENT

Lee  Duncan Community Represenative VA Hospital PH: 617-602-0787
For Month  Beginning August 1st , 2010 and Ending August 31st, 2010

**Gross sales**                                              $200.00

**Gross Margin**

**Operating Expenses**                                            0

**Total Expenses**                                                0

**Taxes (20%)**                                              $40.00

**Net Profit (Loss)**                              ————         $160.00

I hereby certify that the above information is true and accurate to the best of my knowledge

Signature                                    11/9/2010

Lee Duncan:  Self Employed Contractor (Photographer)  617-602-0787

## PROFIT AND LOSS STATEMENT

For Month  Beginning:  May 1, 2010 and Ending  May 31. 2010

**Gross sales**                                                          $909

**Gross Margin**

**Operating Expenses**

**Total Expenses**

**Operating Profit / Adjusted Gross**

**Taxes (20%)**                                                    $199.80

**Net Profit (Loss)**                                            $709.20

I hereby certify that the above information is true and accurate to the best of
my knowledge

Signature

Date:   6/27/2010

Lee Duncan, Boston VA Research Institute, Jamaica Plain, MA 02130
Community Represeative,  Phone 617-602-0787

**PROFIT AND LOSS STATEMENT**
For Month  Beginning:  May 1, 2010 and Ending  Mayl 31. 2010

**Gross sales**                                              $200


**Gross Margin**

**Operating Expenses**




**Total Expenses**

**Operating Profit / Adjusted Gross**

**Taxes (20%)**                                              $40.00

**Net Profit (Loss)**                      _____        $160.00



I hereby certify that the above information is true and accurate to the best of
my knowledge

Signature

Date:   6/27/2010

Lee Duncan:  Self Employed Contractor (Photographer)  617-602-0787
**PROFIT AND LOSS STATEMENT**

For Month  Beginning:  April 1, 2010 and Ending  April 30. 2010

**Gross sales**                                              $1,305

**Gross Margin**

**Operating Expenses**

**Total Expenses**

**Operating Profit / Adjusted Gross**

**Taxes (20%)**                                          $261.00

**Net Profit (Loss)**                                  $1,044.00

I hereby certify that the above information is true and accurate to the best of
my knowledge.

Signature

Date: